IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOEL NATHAN WARD,<br><br>        Defendant. | 2:07-cr-00135-GEB<br><br><br>ORDER |

On March 30, 2012, Defendant filed a Motion for Relief from Judgment under Federal Rule of Civil Procedure 60(b)(4). (ECF No. 71.) However, Defendant's arguments and the relief he seeks are unclear. Further, "Rule 60 is an improper vehicle to challenge a criminal conviction." <u>United States v. Barbee</u>, 286 Fed. Appx. 521, 2008 WL 3271047, at *1 (9th Cir. 2008)(citing Fed. R. Civ. P. 1). Therefore, Defendant's motion is denied.

Dated: April 16, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge